IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMSEY LOUIS KETTLE | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 1512(a)(2)(A), (a)(2)(B)(i), (a)(2)(C); 1513(b)(2); and 2 |

COUNT ONE

**Witness Tampering**

The Grand Jury Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempted to use physical force against a person with intent to influence, delay, and prevent the person from testifying in an official proceeding, namely, a federal trial in the District of North Dakota, <u>United States v. Jessica Trottier et al.</u>, Case No. 3:22-cr-00184;

In violation of Title 18, United States Code, Sections 1512(a)(2)(A) and 2.

COUNT TWO

**Witness Tampering**

The Grand Jury Further Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempt to use physical force against a person with intent to cause and induce the person to withhold testimony, a record, a document, and other objects from an official proceeding, namely a federal trial in the District of North Dakota, <u>United States v. Jessica Trottier et al.</u>, Case No. 3:22-cr-00184;

In violation of Title 18, United States Code, Sections 1512(a)(2)(B)(i) and 2.

## COUNT THREE

**Witness Tampering**

The Grand Jury Further Charges

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

used and attempted to use physical force against a person with intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States, of information relating to the commission and possible commission of a Federal offense;

In violation of Title 18, United States Code, Sections 1512(a)(2)(C) and 2.

COUNT FOUR

**Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant**

The Grand Jury Further Charges:

On or about April 16, 2025, in the Districts of North Dakota and Minnesota,

RAMSEY LOUIS KETTLE

did knowingly engage in, threaten to engage in, and attempt to engage in conduct which caused bodily injury to a person, and threatened to do so, with intent to retaliate against the person for information given by the person to a law enforcement officer relating to the commission and possible commission of a Federal offense;

In violation of Title 18, United States Code, Sections 1513(b)(2) and 2.

                        A TRUE BILL:

                        /s/ Foreperson  
                        Foreperson

/s/ Jennifer Klemetsrud Puhl  
JENNIFER KLEMETSRUD PUHL  
Acting United States Attorney

AJS/alk