IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>RAMSEY LOUIS KETTLE<br><br>        Defendant. | Case No. 3:25-cr-146<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

    The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:  Ramsey Louis Kettle
Detained at (custodian) Becker County Jail
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on <u>December 18, 2025, at 10:00 a.m.</u>, for the purpose of initial appearance/arraignment.

Attorney Signature:                    /s/  Alexander J. Stock
Printed Name and Telephone Number:     ALEXANDER J. STOCK, 701-297-7400
Dated: December 8, 2025                Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

    The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated:  December 8, 2025          /s/ Alice R. Senechal
                                  Magistrate Judge Alice R. Senechal
                                  United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____  By: _____  _____
Date Executed          Printed Name                         Signature